**William R. SPEARS, Jeff Spears, Eddie Spears, and Bill Weddington, Plaintiffs,**

v.

**FEDERAL CROP INSURANCE CORP., Defendant.**

Civ. No. 4–83–51.

United States District Court,
E.D. Tennessee,
Winchester Division.

Aug. 7, 1985.

Robert S. Peters, Winchester, Tenn., Doyle Richardson, Tullahoma, Tenn., for plaintiffs.

Ed Schmutzer, Asst. U.S. Atty., Chatta-nooga, Tenn., for defendant.

### ORDER

WISEMAN, Chief Judge, Sitting Special-ly.

Pursuant to a settlement agreement be-tween the parties, this Court hereby va-cates as moot its decision and judgment of February 16, 1984 in this case, 579 F.Supp. 1022. This Order will be published in the Federal Supplement Reporter published by West's Publishing Company.